IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DUOP DOOR,** | ) | **CASE NO. 8:11CV428** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DOUGLAS COUNTY CORRECTIONS STROM, #2081,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion. On February 13, 2012, the court conducted an initial review of Plaintiff's Complaint and found that it failed to state a claim upon which relief may be granted. (Filing No. 7.) The court gave Plaintiff the opportunity to amend his claims, but warned Plaintiff that if he failed to amend his Complaint by March 14, 2012, his Complaint "will be dismissed without further notice for failure to state a claim upon which relief may be granted." (*Id.* at CM/ECF p. 5.) Plaintiff has failed to file an amended complaint.

IT IS THEREFORE ORDERED that:

1. Pursuant to 28 U.S.C. § 1915, Plaintiff's Complaint is dismissed without prejudice because it fails to state a claim upon which relief may be granted.

2. A separate judgment will be entered in accordance with this Memorandum and Order; and

3. The Clerk of the court is directed to place the "28USC1915(g)_STR" flag on this matter.

DATED this 26th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.